

**FILED & ENTERED**

JUL 15 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

1  Gregory J. Doan Bar# 165174
   Doan Law Offices, LLP
2  635 Camino De Los Mares, Suite 100
   San Clemente, CA 92673
3  Tel: (949) 472-0600
   Fax: (949) 472-5441
4

5  Attorneys for Raymond and Yvette Nicholson   **CHANGES MADE BY COURT**

6

7

              UNITED STATES BANKRUPTCY COURT
8      CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

9

10

11 | In re:                          ) Case No. 6:09-bk-21925
                                     )
12 | Raymond Luis Nicholson          ) ORDER STRIPPING LIEN OF M & I
                                     ) Bank, FSB (OLD REPUBLIC
13 | and                             ) INSURANCE CO.) ON REAL PROPERTY
                                     )
                                     )
14 | Yvette Marie Nicholson          ) Date: 07/02/2009
                                     ) Time: 1:30 p.m.
15 |                                 ) Court: 303
   | Debtor.                         )
16 |                                 )
                                     )
17

        On 07/02/2009, at 1:30 p.m., the motion of the debtors,
18
   Raymond Luis Nicholson and Yvette Marie Nicholson, for an Order
19
   stripping the lien of M & I Bank, FSB (Old Republic Insurance
20
   Co.) on the debtor's personal residence at 21927 Goldenrod Lane,
21
   Wildomar, CA 92595, California came on regularly for hearing.
22
   Judge Donovan's preliminary ruling required that no appearance
23
   by the debtor's attorney of record was necessary.  There was no
24
   appearance by any other party, nor was any opposition to the
25
   debtor's motion filed with the Court.
26

   **Order Stripping Lien of** M & I Bank FSB (and is collection agency Old Republic

                        Insurance Company)

    The M & I Bank FSB (and is collection agency Old Republic Insurance Company) lien and claim are described as follows: Promissory Note, dated on or about 01/06/2005, in the original principal amount of $ 80,000.00; and Deed of Trust recorded on 01/06/2005, as Document # 2005-0014755, in the Office of the Recorder of the County of Riverside, CA.

    Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is:

    ORDERED that the lien and claim of M & I Bank FSB (and is collection agency Old Republic Insurance Company), as described above, are determined to be completely unsecured in this Chapter 13 case; and it is further,

    ORDERED that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. §1328, the lien will be void and not constitute an encumbrance on the following described property:

> 21927 Goldenrod Ln, Wildomar, California 92595. This property is more particularly described as follows: LOT NUMBER: 93; TRACT: 28586; CITY/MUNI/TWNSP:UNINCORPORATED, as per maps in the office of the Recorder of the County of Riverside, CA.

/ / /

/ / /

/ / /

**Order Stripping Lien of** M & I Bank FSB (and is collection agency Old Republic Insurance Company)

And it is further,

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

Upon completion of all plan payments and entry of a Chapter 13 discharge in this case, M & I Bank FSB (and is collection agency Old Republic Insurance Company) and its successors and assigns are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

###

DATED: July 15, 2009

_____
United States Bankruptcy Judge

**Order Stripping Lien of** M & I Bank FSB (and is collection agency Old Republic Insurance Company)

| In re:<br><br>M & I Bank FSB (and is collection agency Old Republic Insurance Company)<br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-21925 |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **Order Stripping Lien of M & I Bank FSB (and is collection agency Old Republic Insurance Company) On Real Property**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of            07/09/2009                  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                            **F 9021-1.1**

| | |
|---|---|
| In re:<br><br>M & I Bank FSB (and is collection agency Old Republic Insurance Company)<br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-21925 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Served Electronically | Served by U.S. Mail |
|---|---|
| Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | M & I Bank FSB<br>Attn: Gregory Smith (CFO)<br>3993 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89109<br>County of Clark<br><br>Old Republic Credit Service<br>307 North Michigan Ave<br>15th Floor<br>Chicago, IL 60601 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**