ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:                                                                )          Chapter 13
                                                                         )          Case No.  **6:09-bk-21925-TD**
**RAYMOND LUIS NICHOLSON**                   )
                                                                         )                    **TRUSTEE'S REPORT**
                                                                         )
**YVETTE MARIE NICHOLSON**                   )
                                                                         )
                                                                         )
                                                                         )
_____)

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$3,746.00** per month.

Spouse/other net income is **$1,800.00** per month.

Debtor's Budget shows **$949.00** disposable income.

Debtor proposed to pay **\*$635.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **15.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $635.00 PER MONTH FOR MONTHS 1-3, INCREASING TO $949.00 PER MONTH FOR MONTHS 4-60. DEBTORS' TO SURRENDER TOY HAULER TO GEMB/FUNANCING. RIVERSIDE COUNTY TAX COLLECTOR TO BE PAID OUTSIDE OF PLAN. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  August 24, 2009                                                             _____
                                                                                                    Rod Danielson, Chapter 13 Trustee